# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, S.P. LOGAN**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### ZECHARIAH BIRD
### SEAMAN (E-3), U.S. NAVY

### NMCCA 201500406
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 27 August 2015.
**Military Judge**: CDR Heather Partridge, JAGC, USN.
**Convening Authority**: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
**Staff Judge Advocate's Recommendation**: CDR A.R. House, JAGC, USN.
**For Appellant**: LCDR William Stoebner, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

### 29 February 2016

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court